# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Timothy Earl McGill,<br><br>Defendant. | No. CR-25-00300-001-PHX-DJH<br><br>**PROTECTIVE ORDER** |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, no objection from the defendant, and good cause appearing,

**IT IS ORDERED** the United States' Motion for a Protective Order (Doc. 18) is GRANTED.

**IT IS FURTHER ORDERED**:

1. The United States may disclose to defense counsel, without redaction, the discovery materials, which include private and personally identifying information (collectively "PII").

2. Defense counsel may share these materials with members of the defense team, including experts, investigators, and other professionals retained by the defendant or defense counsel to assist in the preparation of their defenses.

3. The defense team shall safeguard and shall not disclose the materials provided to them, other than to the extent necessary to prepare their defenses.

4. The defense team may review these materials with the defendant and

potential witnesses to the extent necessary to prepare their defenses.

5. The defendant and potential witnesses shall not be allowed to retain any of these materials during the course of the litigation.

6. The defense team shall destroy, at the conclusion of this matter, all of these discovery materials in their possession, except that defense counsel shall be allowed to retain these materials until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

Dated this 20th day of May, 2025.

Honorable Diane J. Humetewa
United States District Judge